IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH LEE**                                                      **PLAINTIFF**

**V.**                                    **4:19CV00446 JM**

**RED &BROWN TRUCKING LLC and**
**CARLOS HARDEN**                                      **DEFENDANTS**

## **ORDER OF DISMISSAL**

Pursuant to the Stipulation of Dismissal with Prejudice (ECF No. 18), the Court finds that this case should be dismissed. The Clerk is directed to close the case.

IT IS SO ORDERED this 10th day of February, 2021.

_____
James M. Moody Jr.
United States District Judge